**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Jonathan A. Brownlee III
   (Name of Plaintiff)      (Inmate Number)

Lackawanna County Prison
1371 N. Washington Ave Scranton, PA 18509
(Address)

(2) _____
   (Name of Plaintiff)      (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Monroe County Correctional Facility (Stroudsburg, PA)

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:18CV1318
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
JUN 29 2018
PER _____ DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   None

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:   See: Extra Sheets attached

   1. What steps did you take? I filled out and filed request slip(s) and/or grievance form(s) requesting to be housed alone and not housed with inmates who threatened to rape me.

   2. What was the result? The request slip(s) and/or grievance form(s) request was reviewed and denied by supervising Correctional Officer(s) and signed.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Monroe County Correctional Facility (Stroudsburg, PA)

   Employed as Government Facility at exact street address unknown
   Mailing address: Manor Dr, Stroudsburg, PA 18360

(2) Name of second defendant: _____
   Employed as _____ at _____
   Mailing address: _____

(3) Name of third defendant: _____
   Employed as _____ at _____
   Mailing address: _____

   (List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM   See: Extra Sheets attached

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Less than 2 years prior to June 24th, 2018; while housed in the protective custody unit of Monroe County Correctional Facility in Stroudsburg, PA, I overheard Correctional Officers on the unit saying that they were going to move me into a cell with an inmate who had threatened to rape me

2

multiple times in the past (while on the unit) if I were to be moved into a cell with him.

2. I then franticly began to write a request slip (possibly handwriting "Grievance form" on top as instructed to do in some conditions) stating on the document "please don't move me in with the inmate because he has sexually threatened me in the past, and he will assault me if I am moved into a cell with him." I called the CO to my cell, verbally explained this to him, and gave him the request slip/grievance.

3. Correctional Officers then physically began to move me in with the rapist inmate although I verbally resisted, and they replied saying "You cannot control where you're going to be housed." Later that night the inmate named "Counterman" raped me in multiple ways. The local police, supervising COs, and MCCF medical staff questioned, took reports, and examined me. I did not report some ways I was anally raped while embarrassed.

## V.  RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I request money damages compensation in the amount of $80 million

2. I want the court to acknowledge that Monroe County Correctional Facility - Stroudsburg, PA (Correctional Officers) allowed me to be raped by disregarding my request slip(s), grievance form(s)

3. I request the money damages because of the rape Monroe County Correctional Facility allowed to happen to me, because I did not deserve to be raped, and because I continue to suffer from the injuries of the ongoing psychological damage of traumatization.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  24th  day of  June , 20 18 .

_____Jonathan A. Brownlee III_____
(Signature of Plaintiff)

Name: Jonathan A. Brownlee III
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
27 JUN 2018 PM 2 L

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

c/o Clerk of Court
United States Courthouse
235 N. Washington Ave.
Scranton, PA 18501

RECEIVED
SCRANTON
JUN 29 30 2018
PER _____ DEPUTY CLERK