3:18CV1318

**FILED
SCRANTON
AUG 0 3 2018**



_____ PER _____
DEPUTY CLERK

Dear Clerk of Court,

Hello, this is Jonathan A. Brown ~~Jr.~~

Enclosed is an appeal request document I would like you to file.

And enclosed is an authorization document meant to accompany the in forma pauperis application that I had mailed to you yesterday, concerning Civil No. 3:18-CV-1318. Coincidentally, my attorney, Bob Buttner brought me the Authorization form today while meeting me to discuss other business; so this means that you don't need to send me an Authorization form eventhough I requested you to do so in yesterday's mailing.

And enclosed are several (AO398) Notice of a Lawsuit and Request to waive service of a Summons and (AO399) Waiver of Service of Summons documents. I believe there may have been a typographical error on the "Instructions for Completing AO398 and AO399" documentation because within it instructs to input the "Name of the Defendant" in the value marked "To:" on the AO399 document. I believe the "Instructions for Completing AO398 and AO399" documentation really intends to instruct to enter the "Name of the Plaintiff" in the value marked "To:" on the AO399 document. Therefore, I am going to leave the value marked "To:" blank and let you input the appropriate entry, if you would please; and I will let you know in the next paragraph, who the defendants are who should be receiving the AO399 forms if defendant's names actually should be input in the "To:" value instead of mine.

For Civil Action No: 3:18-CV-1319, the defendant is the United States of America c/o the US Attorney.

For Civil Action No: 3:18-CV-1428, the defendant(s) is the Unknown Creators of the Meagan's Law Registering System c/o the US Attorney.

Unfortunately, I will be unable to submit the AO398, AO399 ~~and USM-285 forms to you~~ for the defendants of Civil Action No.s 3:18-CV-1318 and 3:18-CV-1425 before I am moved out of this jail to another correctional facility, ~~because I do not have posted envelopes to do so. Since I can not, I most likely won't be able to,~~ I will no be able to request that you send to me the

FILED
SCRANTON

appropriate AO 398, AO 399 and USM-285 forms for about one month from today because for me there will be no correspondence receivable in the BOP "hold over" facility I'll wait at for 2 to 3 weeks; but when I arrive at my final destination BOP jail I'll write you requesting those forms like I informed you about in my last letter.

In case you are able to send the remainder of the other defendant's notice of lawsuits and summonses and bypass the AO 398, AO 399, and USM-285 form with my involvement to avoid unnecessary delay and complications, please do so.

The other defendants are:

For Civil Action #: 3:18-CV-1318, Defendant #1 is the Warden of Monroe County Correctional Facility (Stroudsburg, PA); Defendants #2 and 3 are MCCF Correctional Officers who's names are unknown, but their names are on Request Slip(s) and Grievance Form(s) filed at MCCF. And those unknown Correctional Officer's names are signed illegible signatures on those documents, so their signatures must be investigated first to uncover their identities before I can notify them of the lawsuit or issue them a summons.

For Civil Action No: 3:18-CV-1425; Defendant #1 is the United States of America c/o the US Attorney; Defendant #2 is US Probation Officer Robert Comine; Defendant #3 is Supervising US Probation Officer Keith Hearns; Defendant #4 is US Probation Officer Karen Hunt.

I would like to request that you send to me, 6 "duce tecum"/subpoena to record documentation to request/subpoena evidentiary documents from defendants of these cases.

Per an Administrative Order by the court, I was requested to provide my inmate trust fund account statements information relating to my in forma pauperis application for Civil No: 3:18-CV-1318. The account statement is enclosed. Also, please make my enclosed inmate trust fund account statement available for all 4 of my Pro Se civil cases in case the court intends to request that information.

Sincerely,
Jonathan A. Brounder II  7/30/18

Name: Jonathon A. Brawlee II
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED
SCRANTON
AUG 03 2018
PEh
DEPUTY CLERK

LEHIGH VALLEY PA 180
30 JUL 2018 PM 1 L

Office of the Clerk
US District Court
Middle District of Pennsylvania
William Nealon Federal Bldg and US Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

18501-114848

CONTENTS MAILED FROM A CORRECTIONAL FACILITY

USA
FOREVER