IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN A. BROWNLEE, III, :
    Plaintiff :
: No. 1:18-cv-01318
    v. :
: (Judge Kane)
MONROE COUNTY CORRECTIONAL :
FACILITY, :
    Defendant :

## ORDER

**AND NOW**, on this 19th day of September 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motions for leave to proceed in forma pauperis (Doc. Nos. 5, 13), construed as motions to proceed without the full prepayment of the filing fee, are **GRANTED**;

2. Plaintiff's motion for an extension of time in which to submit a prisoner trust fund account statement (Doc. No. 11), is **DENIED** as moot;

3. Defendant Monroe County Correctional Facility is **DISMISSED** from this action with prejudice;

4. Plaintiff's motion for appointment of counsel (Doc. No. 12), is **DENIED WITHOUT PREJUDICE**; and

5. Plaintiff shall file an amended complaint within thirty (30) days from the date of this Order. Failure to file an amended complaint as set forth above will result in the Court dismissing this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania