IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN A. BROWNLEE, III, :
    Plaintiff :
     : No. 1:18-cv-1318
    v. :
     : (Judge Kane)
MONROE COUNTY CORRECTIONAL :
FACILITY, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to anonymize Plaintiff's identity (Doc. No. 38), motion requesting anonymization of sex offender's name (Doc. No. 46), and motion requesting civil action to be filed under seal (Doc. No. 48) are **DENIED**; and

2. Plaintiff is **GRANTED** an additional thirty (30) days from the date of this Order to conduct limited discovery to identify the John Doe Defendants. By the end of the thirty (30) days, Plaintiff is directed to update the Court as to the status of his attempts to identify the defendants.

                                                                                         s/ Yvette Kane
                                                                                         Yvette Kane, District Judge
                                                                                         United States District Court
                                                                                        Middle District of Pennsylvania